IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



THOMAS EBRON,

    Petitioner,

v.                                   Civil Action No. 3:17CV143

KAREN D. BROWN, <u>et al.</u>,

    Respondent.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Ebron's Objections (ECF No. 17) are overruled;
2. The Report and Recommendation (ECF No. 16) is accepted and adopted;
3. The Motion to Dismiss (ECF No. 11) is granted;
4. Ebron's § 2254 Petition (ECF No. 1) is denied;
5. Ebron's claims and the action are dismissed; and
6. A certificate of appealability is denied.

Should Ebron desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send this Final Order to Ebron and counsel of record.

It is so ORDERED.

                                              /s/ REP

                                          Robert E. Payne
                                          Senior United States District Judge

Richmond, Virginia
Date: March 1, 2018